

**CHRIS CHRISTIE**
*Governor*

**KIM GUADAGNO**
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

**JOHN J. HOFFMAN**
*Acting Attorney General*

**MICHELLE L. MILLER**
*Acting Director*

November 24, 2015

SO ORDERED
s/*James B. Clark*
James B. Clark, U.S.M.J.
Date: December 1, 2015

**Electronically Filed**

Honorable James B. Clark, III, U.S.M.J.
Frank R. Lautenberg U.S. P.O. & Cthse
1 Federal Sq.
Newark, NJ  07102

Re:  ***Kaci Hichox v. Christopher James Christie, et al.***
     Civil Action No.: 15-7647

Dear Judge Clark:

This Office represents the Defendants Christopher James Christie, Mary E. O'Dowd, Christopher Rinn and Gary Ludgwig. The Defendants will file a motion to dismiss the Complaint in its entirety under Fed. R. Civ. P. 12(b)(6). I have discussed with Edward Barocas, Esq., the attorney for the Plaintiff Kaci Hichox, a proposed schedule for this motion. Mr. Barocas and I have agreed to the following schedule, and pursuant to Local Rule 6.1(a), I respectfully request that the Court permit the parties to file their papers in accordance with this schedule:

1. Defendants' motion papers to be filed no later than Friday, January 15, 2016.
2. Plaintiff's response to the motion to be filed no later than Tuesday, March 15, 2016.
3. Defendants' reply to the opposition to be filed no later than Thursday, April 14, 2016.

Please note that this Office, in accordance with Fed. R. Civ. P. 4(d) and on behalf of each identified Defendant, executed a Waiver of the Service of Summons. The waivers were dated October 27, 2015. Accordingly, the Defendants' time to respond to the Complaint presently runs until December 26, 2015,

November 24, 2015
Page 2

and with a Clerk's extension under Local Rule 6.1(b) would not expire until January 8, 2016.

Please let me know if the above schedule for the motion is acceptable to the Court.

Respectfully,

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: /s/ *Kevin R. Jespersen*
    Kevin R. Jespersen
    Assistant Attorney General
    Kevin.Jespersen@dol.lps.state.nj.us

KRJ:sb

Cc: Edward Barocas, Esq. (via email and electronic filing)
    Alan Sash, Esq. (via email and electronic filing)