Jeffrey S. Chiesa, Esq.
Ronald L. Israel, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Christopher James Christie, Mary E. O'Dowd, Christopher Rinn, and Gary Ludwig*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KACI HICKOX,<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER JAMES CHRISTIE, MARY E. O'DOWD, CHRISTOPHER RINN, GARY LUDWIG, and JOHN DOE and JANE DOE, unidentified employees of the New Jersey Department of Health,<br><br>Defendants. | Civil Action No.: 2:15-cv-07647-KM-JBC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>DOCUMENT ELECTRONICALLY FILED |

THE MATTER in difference in the above-entitled action having been amicably adjusted by and among the parties, it is hereby stipulated and agreed that the within action be and is hereby dismissed with prejudice and without costs against any party.

MCLAUGHLIN & STERN
Attorneys for Plaintiff
Kaci Hickox

By: _____
STEVEN J. HYMAN
Dated: July 27, 2017

CHIESA SHAHINIAN & GIANTOMASI PC
Attorneys for Defendants
Christopher James Christie, Mary E. O'Dowd,
Christopher Rinn and Gary Ludwig

By: _____
RONALD L. ISRAEL
Dated: July 27, 2017

6805995